IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS HUGO VALDEZ | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3-08-CV-1481-N |
| GEORGE W. BUSH, ET AL. | § | |
| Defendants. | § | |

# **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Plaintiff's application to proceed *in forma pauperis* is denied. Plaintiff is ordered to pay the $350.00 statutory filing fee within 20 days after this recommendation is adopted by the district judge. If he fails to do so, this case will be dismissed without further notice.

SO ORDERED.

Signed October 24, 2008.

_____
David C. Godbey
United States District Judge